United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SALINAS VALLEY MEMORIAL HOSPITAL, et al., <br><br> Defendants. | Case No. 23-cv-03543-AMO <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** <br><br> Re: Dkt. Nos. 2, 9 |

The Court has reviewed Magistrate Judge Alex G. Tse's Report and Recommendation to dismiss this action for failure to state a claim pursuant to 28 U.S.C. § 1915(e). Judge Tse found that Terrance Turner, as a pro se plaintiff, lacks authority to pursue the claims he asserts on behalf of Christopher Martinez. See ECF 9 (citing *United States ex rel. Welch v. My Left Foot Children's Therapy, LLC*, 871 F.3d 791, 800 n.2 (9th Cir. 2017)). Judge Tse thus recommends the complaint be dismissed with prejudice as to Turner because he lacks authority to pursue the claims he has asserted, but the dismissal should not bar Christopher Martinez from filing his own action.

Turner timely submitted objections to the order. ECF 11. The Court has reviewed the complaint, Judge Tse's recommendation, and the objections de novo. The Court overrules Plaintiff's objections because they fail to address the deficiencies outlined above and by Judge Tse. Accordingly, the Court finds the Report correct, well-reasoned, and thorough, and **ADOPTS** the Report and Recommendation.

//

//

//

//

1  The Complaint is **DISMISSED** under Title 28 U.S.C. § 1915(e)(2) with prejudice as to
2  Turner but without prejudice to Martinez filing a separate action on his own behalf.
3  The Court **DENIES as moot** Turner's IFP application.
4  **IT IS SO ORDERED.**
5  Dated: April 4, 2024

_____
**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**