UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SALINAS VALLEY MEMORIAL HOSPITAL, et al.,<br><br>        Defendants. | Case No.23-cv-03543-AMO<br><br>**JUDGMENT** |

On April 4, 2024, the Court granted adopted Judge Alex G. Tse's Report and Recommendation, and the Court dismissed the case. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff Terrance Turner. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 4, 2024

**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**